UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In Re: Cases Filed by Ebony Preston

**<u>MEMORANDUM & ORDER</u>**
26-CV-04229 (DG) (JAM)
26-CV-04321 (DG) (JAM)
26-CV-04332 (DG) (JAM)

---------------------------------------------------------------X
DIANE GUJARATI, United States District Judge:

By Memorandum & Order dated June 30, 2026 (the "June 30, 2026 Order"), the Court, *inter alia*: (1) dismissed as frivolous each of eleven actions filed by *pro se* Plaintiff Ebony Preston in the United States District Court for the Eastern District of New York; and (2) cautioned Plaintiff to be mindful of a court's ability to impose sanctions – including restrictions on future access to the judicial system – when Plaintiff is deciding whether to file additional frivolous actions.[1]

By Memorandum & Order dated August 18, 2026 (the "August 18, 2026 Order"), the Court, *inter alia*: (1) dismissed as frivolous three additional actions filed by Plaintiff in the United States District Court for the Eastern District of New York; (2) directed Plaintiff to show cause, in writing, by September 1, 2026, why she should not be enjoined from filing any new action seeking *in forma pauperis* status without first obtaining leave of Court and directed

[1] The Court issued the June 30, 2026 Order in the actions bearing docket numbers 26-CV-02283 (DG) (JAM), 26-CV-02633 (DG) (JAM), 26-CV-03024 (DG) (JAM), 26-CV-03284 (DG) (JAM), 26-CV-03430 (DG) (JAM), 26-CV-03433 (DG) (JAM), 26-CV-03528 (DG) (JAM), 26-CV-03537 (DG) (JAM), 26-CV-03793 (DG) (JAM), 26-CV-03794 (DG) (JAM), and 26-CV-03898 (DG) (JAM).

Prior to issuance of the June 30, 2026 Order, the Court dismissed as frivolous the action filed by Plaintiff bearing docket number 26-CV-01869 (DG) (JAM).

Plaintiff to file her response in the action bearing docket number 26-CV-04229 (DG) (JAM); and (3) expressly warned Plaintiff that should she fail to respond to the order to show cause, "such failure will result in the issuance of an order enjoining Plaintiff from filing any new action seeking *in forma pauperis* status without first obtaining leave of Court."[2]

Familiarity with the June 30, 2026 Order and the August 18, 2026 Order is assumed herein and those Orders are incorporated by reference herein.

Plaintiff has failed to comply with – or file any response to – the Court's directive to show cause. *See generally* docket for action bearing docket number 26-CV-04229 (DG) (JAM); *see also* dockets for actions bearing docket numbers 26-CV-04321 (DG) (JAM) and 26-CV-04332 (DG) (JAM).

* * *

Plaintiff is hereby ENJOINED from filing any new action seeking *in forma pauperis* status in the United States District Court for the Eastern District of New York without first obtaining leave of Court.

To request leave of Court to file a new action seeking *in forma pauperis* status, Plaintiff must submit a proposed Complaint, a request to proceed *in forma pauperis*, and a separate letter explaining the basis for the request for leave to file the new action. If Plaintiff fails to include the required letter explaining the basis for the request for leave to file, the Clerk of Court shall return the submission to Plaintiff without docketing the submission or taking any further action.

The injunction shall be further implemented as follows:

(1) The Clerk of Court is directed to open a miscellaneous matter entitled "In re Ebony Preston," to file a copy of this Order in the miscellaneous matter, and to then administratively close the miscellaneous matter.

---

[2] The Court issued the August 18, 2026 Order in the actions bearing docket numbers 26-CV-04229 (DG) (JAM), 26-CV-04321 (DG) (JAM), and 26-CV-04332 (DG) (JAM).

(2) Any action by Plaintiff seeking *in forma pauperis* status and requesting leave to file shall be docketed in the closed miscellaneous matter.

(3) If the Court determines upon review of the filing that the proposed Complaint should not proceed, the Court will not take any further action.

(4) If the Court determines that the proposed Complaint should proceed, the Court will grant Plaintiff permission to file the Complaint and will direct the Clerk of Court to open a new civil matter, in which the entire leave application – the Complaint, request to proceed *in forma pauperis*, and separate letter explaining the basis for Plaintiff's request for leave to file – will be filed, and the case will proceed in the ordinary course.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore denies *in forma pauperis* status for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.[3]

SO ORDERED.

*/s/ Diane Gujarati*
DIANE GUJARATI
United States District Judge

Dated: October 5, 2026
Brooklyn, New York

[3] The action filed by Plaintiff on September 30, 2026 bearing docket number 26-CV-05981 (DG) (JAM) is beyond the scope of the instant Order and will be addressed separately by the Court.